**Order entered April 24, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00179-CV**

**IN THE INTEREST OF A.P.N., A CHILD**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-05082**

**ORDER**

On April 8, 2020, we ordered Francheska Duffey, Official Court Reporter for the 330th Judicial District Court, to file a supplemental reporter's record containing the transcript and exhibits of the trial court proceedings held July 8 and 11, 2019. Ms. Duffey has now informed the Court that no record exists for July 8, and the record of the July 11th proceedings was taken by LaToya Young-Martinez. Accordingly, we **ORDER** Ms. Young-Martinez to file the reporter's record for the July 11th proceedings **no later than May 8, 2020**.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Young-Martinez and the parties.

/s/    ERIN A. NOWELL
        JUSTICE